No. 11-6055. Benjamin Roberson, Petitioner v. Mississippi.

565 U.S. 983, 132 S. Ct. 507, 181 L. Ed. 2d 358, 2011 U.S. LEXIS 7779.

October 31, 2011. Petition for writ of certiorari to the Court of Appeals of Mississippi denied.

Same case below, 61 So. 3d 204.

No. 11-6058. Javier Ortiz, Petitioner v. Pennsylvania, et al.

565 U.S. 983, 132 S. Ct. 507, 181 L. Ed. 2d 358, 2011 U.S. LEXIS 7863.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-6059. John Ronald Espie, Petitioner v. Steven Rivard, Warden.

565 U.S. 983, 132 S. Ct. 508, 181 L. Ed. 2d 358, 2011 U.S. LEXIS 7830.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-6062. Patrick W. Carey, Petitioner v. Tom Roy, Commissioner, Minnesota Department of Corrections, et al.

565 U.S. 983, 132 S. Ct. 508, 181 L. Ed. 2d 358, 2011 U.S. LEXIS 7864, ▆

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-6063. Michael Lee Davis, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 983, 132 S. Ct. 508, 181 L. Ed. 2d 358, 2011 U.S. LEXIS 7856, ▆

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-6069. Helen Mansor-Hopkinson, Petitioner v. La Maison Management, LLC, et al.

565 U.S. 983, 132 S. Ct. 508, 181 L. Ed. 2d 358, 2011 U.S. LEXIS 7846.

October 31, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

No. 11-6070. Robert T. Pritchard, Sr., et ux., Petitioners v. Dow Agro Sciences, et al.

565 U.S. 983, 132 S. Ct. 508, 181 L. Ed. 2d 358, 2011 U.S. LEXIS 7731.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 430 Fed. Appx. 102.